NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000865
20-APR-2017
08:32 AM

NO. CAAP-16-0000865

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FRANCIS HUNWO YOUNG, Plaintiff-Appellee,
v.
COREEN U. ALDOSA, Defendant-Appellant,
and
KELLY KAE-HUAEA, BENITA PACHICO, and
TATIANA MAKEKAU-RENON, Defendants-Appellees

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC16-1-008026)

ORDER DISMISSING THE APPEAL
PURSUANT TO HRAP RULES 12.1(e) and 30
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On December 12, 2016, Defendant-Appellant Coreen U. Aldosa (Appellant), pro se, conventionally filed a notice of appeal, which the district court clerk electronically filed to create this appeal on December 14, 2016;

(2) On February 3, 2017, the district court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before February 13, 2017, and March 15, 2017, respectively;

(3) Appellant did not file either document or request an extension of time;

(4) On March 29, 2017, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on April 10, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant may request relief from default by motion; and

(5) Thereafter, Appellant took no further action in the appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, April 20, 2017.

Presiding Judge

Associate Judge

Associate Judge

-2-